**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALICIA ALATORRE, | ) | NO. CV 12-00746 SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED:  February 1, 2013

_____/S/_____

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE